UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HONG MAI,

                    Plaintiff,

          - against -                    **REPORT AND RECOMMENDATION**
                                                      22 MC 757 (PKC) (CLP)

THE NEW YORK STATE OFFICE OF
TEMPORARY AND DISABILITY ASSISTANCE;
NEW YORK CITY DEPARTMENT OF SOCIAL
SERVICE *and* THE NEW YORK CITY HOUSING
AUTHORITY,

                    Defendants.
------------------------------------------------------------X

**CHERYL L. POLLAK**, Chief United States Magistrate Judge:

       On October 19, 2000, the Honorable Allyne R. Ross enjoined plaintiff Hong Mai from filing any new actions in this Court without first seeking leave from this Court to do so. See Mai v. NYS Dept. of Welfare, et al., No. 00 CV 5914 (ARR) (CLP) (E.D.N.Y. Oct. 19, 2000). On March 7, 2022, Plaintiff submitted a proposed complaint, along with a motion to proceed *in forma pauperis*, and a request for leave to file. (See Compl.;[1] Mot.;[2] ECF No. 3). For the reasons that follow, the Court respectfully recommends that her motion for leave to file be denied.

       The proposed Complaint states that plaintiff is contesting a decision made by defendant New York State Office of Temporary and Disability Assistance (NYOTDA) that she claims was reached without "a fair hearing" as requested by plaintiff. (Compl. ¶¶ 6-8). As set forth in an

---

[1] Citations to "Compl." refer to plaintiff's Complaint, filed Mar. 7, 2022, ECF No. 1.
[2] Citations to "Mot." refer to plaintiff's Motion for Leave to File Document, filed Mar. 7, 2022, ECF No. 2.

exhibit attached to plaintiff's complaint, NYOTDA's decision was actually rendered in favor of plaintiff. (Id. at 4). Throughout the Complaint, plaintiff seeks to have this Court review the decision pursuant to Article 78 of New York's Civil Practice Law and Rules. (Id. ¶¶ 9, 11).

Federal courts are not subject to New York State procedural rules, including Article 78 proceedings. Beckwith v. Erie Cty. Water Auth., 413 F. Supp. 2d 214, 226-27 (W.D.N.Y. 2006) (citing Blatch ex rel. Clay v. Hernandez, 360 F. Supp. 2d 595, 637 (S.D.N.Y. 2005)). Plaintiff has proposed no other grounds for relief. Having carefully considered the proposed complaint and request for leave to file, the Court concludes that plaintiff has not presented valid reasons for lifting the filing injunction against her. See Biton v. Verilli, Nos. 17 MC 803 & 17 MC 804, 2017 WL 6383885, at *1 (E.D.N.Y. May 15, 2017) (denying plaintiffs' applications for leave to file complaint where their "request does not provide any valid reason to allow the proposed actions to go forward").

For the foregoing reasons, the Court respectfully recommends that plaintiff be denied leave to file the proposed complaint and that plaintiff's motion to proceed *in forma pauperis* be denied as moot. The Court further recommends that the Order barring plaintiff from filing future complaints without leave of the Court remain in effect and that the District Court certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from its order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal the District Court's

Order.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(e), 72; Caidor v. Onondaga Cnty., 517 F.3d 601, 604 (2d Cir. 2008).

The Clerk is directed to send copies of this Report and Recommendation to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated:  March 31, 2022
           Brooklyn, New York

*Cheryl L. Pollak*
CHERYL L. POLLAK
United States Magistrate Judge
Eastern District of New York